THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>DANA NESSEL, in her official capacity as Attorney General of the State of Michigan, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00730 |

### STIPULATION AND ORDER CONCERNING NOTICE OF ENFORCEMENT PENDING THE COURT'S RULING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Robinhood Derivatives, LLC ("Robinhood") filed a Complaint for Permanent Injunction and Declaratory Relief on March 4, 2026 (ECF No. 1), and a Motion for a Preliminary Injunction on March 9, 2026 (ECF No. 13). On March 9, 2026, counsel for Robinhood met and conferred with counsel for Defendants Dana Nessel, Jim Ananich, Joni M. Thrower Davis, Andrew T. Palms, Deidre A. Lambert-Bounds, Mark Evenson, and Henry Williams ("Defendants"). The parties, by and through their undersigned counsel, stipulate to the following and agree to the Court's entry of an order incorporating the following terms:

Before taking any enforcement action against Robinhood, Robinhood Markets, Inc., or any employees of either entity for actions within the scope of their employment at Robinhood or Robinhood Markets, Inc., during the pendency of Robinhood's Motion for a Preliminary Injunction, Defendants must provide 48 hours' notice to Robinhood and, if Robinhood moves for a temporary restraining order within that 48-hour period, refrain from any enforcement action until the Court resolves Robinhood's motion for a temporary restraining order.

2

**IT IS SO ORDERED.**


Dated:  March 16, 2026	  /s/ Paul L. Maloney	
	Paul L. Maloney
	United States District Judge

Stipulated and Agreed:

By: */s/ Lauren Fitzsimons*

Lauren E. Fitzsimons (P82997)
Felepe H. Hall (P59533)
Jason A. Geissler (P69322)
Assistant Attorneys General
Alcohol & Gambling Enforcement Div.
2860 Eyde Parkway
East Lansing, MI 48823
(517) 241-0210
FitzsimonsL@michigan.gov

*Counsel for Defendants*

By: */s/ Andrew Goetz*

**MILLER JOHNSON**
Andrew Goetz (P71410)
500 Woodward Avenue, Suite 3600
Detroit, MI 48226
goetza@millerjohnson.com
(313) 435-2292

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (*admission pending*)
aryan@cravath.com
Kevin J. Orsini (*admission pending*)
korsini@cravath.com
Brittany L. Sukiennik (*admission pending*)
bsukiennik@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Robinhood Derivatives, LLC*