THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ROBINHOOD DERIVATIVES, LLC

*Plaintiff*,

v.

DANA NESSEL, in her official capacity as
Attorney General of the State of Michigan,
*et al.*,

*Defendants*.

Civil Action No. 1:26-cv-00730

**STIPULATION AND SCHEDULING ORDER ON
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Robinhood Derivatives, LLC ("Robinhood") filed a Complaint for Permanent Injunction and Declaratory Relief on March 4, 2026 (ECF No. 1), and a Motion for a Preliminary Injunction on March 9, 2026 (ECF No. 13) ("Motion").  Counsel for Defendants Dana Nessel, Jim Ananich, Joni M. Thrower Davis, Andrew T. Palms, Deidre A. Lambert-Bounds, Mark Evenson, and Henry Williams ("Defendants") have conferred with counsel for Robinhood.  The parties, by and through their undersigned counsel, stipulate to the following and agree to the Court's entry of an order incorporating the following terms:

1.      The parties agree that Defendants' opposition brief to Plaintiff's Motion for Preliminary Injunction is due on or before April 21, 2026.

2.      Plaintiff's reply brief is due on or before May 5, 2026.

3.      The deadline for Defendants to file an answer to the Complaint for Declaratory and Injunctive Relief is stayed until 14 days after the Court enters an order deciding Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: March 17, 2026

 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

Case 1:26-cv-00730-PLM-PJG    ECF No. 19,  PageID.317    Filed 03/17/26    Page 2 of 3

Stipulated and Agreed:

By: _/s/Lauren E. Fitzsimons_

Lauren E. Fitzsimons (P82997)
Felepe H. Hall (P59533)
Jason A. Geissler (P69322)
Assistant Attorneys General
Alcohol & Gambling Enforcement Div.
2860 Eyde Parkway
East Lansing, MI 48823
(517) 241-0210
FitzsimonsL@michigan.gov

**Counsel for Defendants**

By: _/s/ Kevin J. Orsini_

**CRAVATH, SWAINE & MOORE LLP**
Kevin J. Orsini (*admission pending*)
korsini@cravath.com
Antony L. Ryan (*admission pending*)
aryan@cravath.com
Brittany L. Sukiennik (*admission pending*)
bsukiennik@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**MILLER JOHNSON**
Andrew Goetz (P71410)
500 Woodward Avenue, Suite 3600
Detroit, MI 48226
goetza@millerjohnson.com
(313) 435-2292

**Counsel for Plaintiff Robinhood Derivatives, LLC**

3