**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN**

---

ROBINHOOD DERIVATIVES, LLC,

                   *Plaintiff,*

v.

DANA NESSEL, in her official capacity as
Attorney General of the State of Michigan,
*et al.*

               *Defendants*.

Civil Action No. 1:26-cv-00730-PLM-PJG

**NOTICE OF APPEAL**

---

## PLAINTIFF ROBINHOOD'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Robinhood Derivatives, LLC ("Robinhood") hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Court's order issued on June 17, 2026, District Court's ECF No. 39, denying Robinhood's Motion for a Preliminary Injunction.

DATED:  June 18, 2026

Respectfully submitted,

By:  _/s/ Andrew Goetz_

**MILLER JOHNSON**
Andrew Goetz (P71410)
500 Woodward Avenue, Suite 3600
Detroit, MI 48226
goetza@millerjohnson.com
(313) 435-2292

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (NY 2784817)
aryan@cravath.com
Kevin J. Orsini (NY 4261806)
korsini@cravath.com
Brittany L. Sukiennik (NY 5025879)
bsukiennik@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Robinhood
Derivatives, LLC*